PEOPLE ex rel. COCHRANE v. GASTON et al. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Proceedings by the people of the state of New York, on the relation of Royal E. Cochrane, against J. Hubbard Gaston and others, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. DEAL v. WILLIAMS et al. (Supreme Court, Appellate Division, Third Department. January 16, 1900.) Proceedings by the people, on the relation of one Deal, against Aaron P. Williams and others. No opinion. Motion to dismiss appeal denied.

PEOPLE ex rel. DEMAREST et al., Appellants, v. REINMULLER, Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Proceedings by the people, on the relation of William E. Demarest and others, against Gustave Reinmuller. J. C. Quinn, for appellants. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GING, Respondent, v. LYMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 30, 1900.) Proceedings by the people of the state of New York, upon the relation of Edward Ging, against Henry H. Lyman, state commissioner of excise. No opinion. Motion to resettle order denied. See section 2086, Code Civ. Proc.

PEOPLE ex rel. GREEN, Appellant, v. HOLLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Proceedings by the people of the state of New York, on the relation of Lyman W. Green, against Forest Holley and others, as inspectors of election. No opinion. Order reversed, with $10 costs and disbursements, and writ of peremptory mandamus as prayed for granted.

PEOPLE ex rel. LANG v. YORK et al. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Proceedings by the people, on the relation of John Lang, Jr., against Bernard J. York and others. No opinion. Motion denied, with $10 costs. See 61 N. Y. Supp. 547.

PEOPLE ex rel. McGUIRE, Respondent, v. COREY, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Proceedings by the people, on the relation of James McGuire, against William J. Corey, as president of the Journeymen Bricklayers' International Union No. 21 of Staten Island. No opinion. Order affirmed, on argument, without costs, but with disbursements.

PEOPLE ex rel. MADCHENHEIM-VEREIN, Respondent, v. McDONOUGH, Appellant. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Proceedings by the people, on the relation of the Madchenheim-Verein, against John T. McDonough, as secretary of state. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Respondent, v. HILTS et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Proceedings by the people, on the relation of the New York Central & Hudson River Railroad Company, against Michael A. Hilts and others, as assessors of the town of Sullivan, Madison county, N. Y. No opinion. Order affirmed, with costs. All concur, except HERRICK, J., who dissents. See 58 N. Y. Supp. 434.

PEOPLE ex rel. CHARLES C. PARKER HOSE CO. NO. 3 v. WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Proceedings by the people, on the relation of the Charles C. Parker Hose Company No. 3, against Alexander Williams, Sr., mayor, etc., and others. No opinion. Motion to dismiss writ of certiorari granted, with $25 costs and disbursements.

PEOPLE ex rel. SULLIVAN, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Proceedings by the people, on the relation of Owen Sullivan, against Frank Moss and others, commissioners. F. B. House, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PICKARD, Appellant, v. O'BRIEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Mary Pickard against Michael O'Brien and others. No opinion. Judgment affirmed, with costs.

PIERSON, Respondent, v. JACKMAN et al., Appellants. (Supreme Court, Appellate Division. First Department. January 19, 1900.) Action by Arthur N. Pierson against John Jackman and others. S. S. Marshall, for appellants. F. M. Avery, for respondent. No opinion. Judgment affirmed, with costs. See 58 N. Y. Supp. 344.

PLUMB, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Mary A. Plumb, as administratrix, against the Metropolitan Street Railway Company. E. J. McGanney, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

In re PLUMMER'S ESTATE. (Supreme Court, Appellate Division, First Department. January 5, 1900.) In the matter of Joseph Plummer, deceased. Jabish Holmes, for appellant. W. V. Rowe, for respondent. No opinion. Order affirmed, with costs, on the authority of In re Sherman's Estate, 153 N. Y. 1, 46 N. E. 1032. See 62 N. Y. Supp. 1024.